**Dismissed and Opinion Filed November 27, 2012**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

---

## No. 05-12-00926-CR

---

### HERNAN FRAIRE, Appellant

### V.

### THE STATE OF TEXAS, Appellee

---

**On Appeal from the 283rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F09-23600-T**

---

## MEMORANDUM OPINION

Before Justices Bridges, O'Neill, and Murphy
Opinion by Justice Murphy

Hernan Fraire pleaded guilty to aggravated robbery with a deadly weapon. On July 20, 2009, the trial court deferred adjudicating appellant's guilt, placed him on ten years' community supervision, and assessed a $3,000 fine. The State later moved to adjudicate appellant's guilt. On June 11, 2012, the trial court adjudicated appellant guilty and sentenced him to fifteen years' imprisonment. Appellant timely filed a motion for new trial and notice of appeal. The Court now has before it appellant's motion to dismiss the appeal in which he states the trial court granted his motion for new trial, denied the State's motion to adjudicate, and modified the conditions of his community supervision.

An order granting a motion for new trial restores a case to its position before the former trial. *See* TEX. R. APP. P. 21.9(b); *Waller v. State*, 931 S.W.2d 640, 643–44 (Tex. App.—Dallas 1996, no pet.). In this case, the trial court's order granting the motion for new trial returned appellant's case to its position before the trial court adjudicated him guilty. Thereafter, the trial court denied the motion to adjudicate guilt and modified the conditions of supervision. An order continuing an individual on community supervision is not an appealable order. *See Balsaldua v. State*, 558 S.W.2d 2, 5 (Tex. (Tex. Crim. App. 1977). Therefore, we grant appellant's motion to dismiss the appeal.

We dismiss the appeal for want of jurisdiction.

MARY MURPHY
JUSTICE

Do Not Publish
TEX. R. APP. P. 47

120926F.U05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

HERNAN FRAIRE, Appellant

No. 05-12-00926-CR    V.

THE STATE OF TEXAS, Appellee

Appeal from the 283rd Judicial District
Court of Dallas County, Texas (Trial Court
No. F09-23600-T).
Opinion delivered by Justice Murphy,
Justices Bridges and O'Neill participating.

      Based on the Court's opinion of this date, we **DISMISS** the appeal for want of jurisdiction.

Judgment entered November 27, 2012.


MARY MURPHY
JUSTICE